

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAAB Site Contractors, L.P., | § | No. 08-13-00062-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 120th District Court |
| Wells Fargo Bank, N.A., Assignee of U-Brothers Rent, LTD., | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2011-999) |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **January 29, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Susan M. Forbes, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **January 29, 2014.**

IT IS SO ORDERED this 30th day of December, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.